UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>　　　　　　　　Plaintiff,<br><br>v.<br><br>MATTHEW CRISAFI<br><br>　　　　　　　　Defendant. | Crim. No. 14-408   (FSH)<br><br>ORDER OF REFERRAL |

The defendant, Matthew Crisafi, having asked for permission to enter a plea of guilty and having consented to have a United States Magistrate Judge hear the application, the matter is referred to Magistrate Judge Michael A. Hammer to administer the allocution pursuant to Fed.R.Crim.P. 11 and to make a finding as to whether the plea is knowingly and voluntarily made and not coerced, and to make a recommendation as to whether the plea of guilty should be accepted.

　　　　　　　　　　　　　　　　　　SO ORDERED.


Dated: July 17, 2014　　　　　　　　　　　　　　　s/ Faith S. Hochberg
　　　　　　　　　　　　　　　　　　United States District Judge


CONSENTED TO:

_____
Defendant (signature)

_____
Attorney for Defendant (signature)