2013R00599/DCC

UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | Hon. |
| v. | : | Crim. No. 14-408 |
| MATTHEW CRISAFI | : | 18 U.S.C. § 554(a) |

## INFORMATION

The defendant having waived in open court prosecution by indictment, the United States Attorney for the District of New Jersey charges:

### Count One
### (Smuggling Goods from the United States)

On or about June 26, 2013, in Union County, in the District of New Jersey and elsewhere, the defendant,

MATTHEW CRISAFI,

did fraudulently and knowingly export and send from the United States, and attempt to export and send from the United States, merchandise, articles, and objects, including firearms subject to sales restrictions and licensing controls under Title 18, United States Code, Section 922(a)(1)(A), and did receive, conceal, buy, sell and in any manner facilitate the transportation, concealment, and sale of such merchandise, articles and objects, prior to exportation, knowing the same to be intended for exportation.

In violation of Title 18, United States Code, Section 554(a).

PAUL J. FISHMAN
United States Attorney

CASE NUMBER: 14-

# United States District Court
# District of New Jersey

**UNITED STATES OF AMERICA**

**v.**

**MATTHEW CRISAFI**

## INFORMATION FOR
18 U.S.C. § 554(a)

**PAUL J. FISHMAN**
*U.S. ATTORNEY*
*NEWARK, NEW JERSEY*

DENNIS C. CARLETTA
*ASSISTANT U.S. ATTORNEY*
*(973) 645-2767*

USA-48AD 8
(Ed. 1/97)